IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL ANDREW RODGERS and**
**GLYNN DILBECK**                                                                                  **PLAINTIFFS**

VS.                                            4:16-CV-00775-BRW

**COLONEL BILL BRYANT,**
in his official capacity as
**Director of the Arkansas State Police**                                               **DEFENDANT**

## ORDER

Pending is Plaintiffs' Motions for Attorneys' Fees (Doc. No. 20) and Costs (Doc. No. 22). Defendant has responded and Plaintiffs replied.[1]

Plaintiffs, having successfully challenged the constitutionality of Arkansas's anti-begging law, seek $15,750 in attorneys' fees, $363.41 in expenses,[2] and $462 in costs. Defendant's only objection is that one of Plaintiffs' two lawyers made no oral argument at the injunction hearing and should not be compensated for his time and travel expenses to attend the hearing. I note that two lawyers also sat at Defendant's table, yet only one presented arguments. Accordingly, given the complexity of the issues presented in this case it was reasonably necessary to have two lawyers present at the hearing – even if only one made arguments.[3]

Plaintiffs' Motions (Doc. Nos. 20 and 22) are GRANTED – Plaintiffs are awarded $15,750 in attorneys' fees, $362.41 in expenses, and $462 in costs.

IT IS SO ORDERED this 8th day of December, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 23, 24.

[2] Plaintiffs refer to these expenses as costs.

[3] *Little Rock Sch. Dist. v. Arkansas*, 674 F.3d 990, 995 (8th Cir. 2012).