IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL ANDREW RODGERS and
GLYNN DILBECK**                                                                              **PLAINTIFFS**

VS.                                             4:16-CV-00775-BRW

**COLONEL BILL BRYANT,**
in his official capacity as
Director of the Arkansas State Police                                            **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered in favor of the plaintiffs and attorneys' fees are awarded pursuant to the order of the Court.

IT IS SO ORDERED this 8th day of December, 2016.

*/s/Billy Roy Wilson*
UNITED STATES DISTRICT JUDGE